### 13471. STONECYPHER v. THE STATE.

BLOODWORTH, J. The motion for a new trial was based on general grounds only. No error of law appearing, and there being some evidence to support the verdict, the judgment must, under repeated rulings of this and the Supreme Court, be

*Affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED JUNE 14, 1922.

Indictment for larceny; from Stephens superior court — Judge J. B. Jones. February 25, 1922.

*Goode, Owen & Andrews,* for plaintiff in error.

*J. G. Collins, solicitor-general,* contra.